1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

F I L E D
Clerk
District Court

MAY 23 2007

For The Northern Mariana Islands
By_____
           (Deputy Clerk)

8                UNITED STATES DISTRICT COURT

9                NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,        )    Criminal Case No. 07-00015
                                    )
11              Plaintiff,          )    **ORDER**
                                    )
12     v.                           )
                                    )
13                                  )
   DIANNE MARIE R. SABLAN,          )
14                                  )
                                    )
15                                  )
                Defendant.          )
16 _____)

17

18      Upon the application of the United States of America, it is hereby ORDERED that the Clerk

19 shall maintain this file under seal until further order of the Court.

20

21

22

23                          _____
                            ALEX R. MUNSON
24                          UNITED STATES DISTRICT JUDGE

25

26

27

28