MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
********************************************************************

CR-07-00015                                          May 24, 2007
                                                                                  8:05 a.m.

**UNITED STATES OF AMERICA -V- DIANNE MARIE R. SABLAN**

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
                      K. LYNN LEMIEUX, COURTROOM DEPUTY
                      SANAE N. SHMULL, COURT REPORTER
                      TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
                      ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
                      JOEY SAN NICOLAS, ATTORNEY FOR DEFENDANT
                      DIANNE MARIE R. SABLAN, DEFENDANT

PROCEEDINGS:    **WAIVER OF INDICTMENT; FILING OF INFORMATION
                            AND ENTRY OF PLEA**

        Defendant appeared with counsel, Attorney Joey San Nicolas. Government was represented by Timothy Moran and Eric O'Malley, AUSAs.

        Government moved to unseal the case. Court so ordered. Government further stated that the Plea in this case was filed in **MC-07-00031** and moved that it be transferred to **CR-07-00015**. Court so ordered.

        **Court ordered the Deputy Clerk to change the filing number on the Plea Agreement from MC-07-00031 to CR-07-00015.**

        Defendant was sworn and examined as to her understanding of her constitutional rights, her right to trial and her understanding of the Waiver of Indictment and Plea.

        Defendant stated that she wished to waive the indictment and enter a plea to the charges in the information. The defendant and her counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered that a Presentence Investigation Report be submitted by Tuesday, August 6, 2007 and that the **Sentencing hearing be set for Tuesday, September 11, 2007 at 9:00 a.m.**

Government moved that the defendant be remanded at 5:00 p.m. tomorrow. No objection by Defense. Court ordered that the defendant be remanded into the custody of the U.S. Marshal at 3:00 p.m. tomorrow.

Court ordered that the defendant be remanded to the U.S. Marshal for the processing of paperwork at this time.

Adjourned at 9:55 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy