F I L E D
Clerk
District Court

MAY 24 2007

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 07-00015 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | SENTENCING DATE |
| DIANNE MARIE R. SABLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **August 6, 2007.** Sentencing is scheduled for **Tuesday, September 11, 2007** commencing at the hour of nine o'clock a.m.

DATED this 24th day of May, 2007.

ALEX R. MUNSON, Chief Judge