FILED
Clerk
District Court

SEP - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIANNE MARIE R. SABLAN,<br><br>Defendant. | Criminal Action No. 07-00015<br><br>Order Scheduling Sentencing |

Eric O'Malley
Assistant USAG
P.O. Box 500377
Saipan, MP 96950

Joey P. San Nicholas
Attorney at Law
P.O. Box 571
Tinian, MP 96952

IT IS HEREBY ORDERED that the sentencing for Dianne Marie R. Sablan scheduled for Tuesday, September 11, 2007, is rescheduled to Friday, September 7, 2007, at 2:30 p.m.

Dated this 4th day of September, 2007.

*[signature]*

Judge Alex R. Munson

AO 72
(Rev. 8/82)