**Joey P. San Nicolas, Esq.**
Attorney at Law
Ground Floor, SN-5 Bldg.
Broadway Ave.
P.O. Box 571
Tinian, MP 96952
Tel./Fax: 670-433-5777
Email: snlaw@vzpacifica.net

*Attorney for Defendant*

FILED
Clerk
District Court

SEP -5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO 07-00015 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO CONTINUE** |
|  ) | **SENTENCING HEARING** |
| DIANNE MARIE SABLAN, ) | |
| Defendant. ) | |

Sentencing in this matter was set for Friday, September 7, 2007 at 2:30 p.m. Although a pre-sentence report was submitted to Counsel over two weeks ago, amendments have been made to the report that warrant further review by counsel and the Defendant. Specifically, Counsel has not had ample time to review the amendments to the Pre-sentence Investigation report with the Defendant.

Therefore, for the reason stated herein the Defendant moves the court to continue the sentencing in this matter for September 21, 2007 at 2:30 p.m

Respectfully submitted this 05th day of September, 2007.

_____
Joey P. San Nicolas
Attorney for Defendant Sablan