FILED
Clerk
District Court

SEP -5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIANNE MARIE R. SABLAN,<br><br>Defendant. | Criminal Action No. 07-00015<br><br>Order Scheduling Sentencing |

Eric O'Malley
Assistant USAG
P.O. Box 500377
Saipan, MP 96950

Joey P. San Nicholas
Attorney at Law
P.O. Box 571
Tinian, MP 96952

The Motion of counsel for Defendant to continue the Sentencing hearing is GRANTED.

IT IS ORDERED that the Sentencing for Dianne Marie Sablan scheduled for Friday, September 7, 2007, is rescheduled to Friday, September 21, 2007, at 9:00 a.m.

DATED this 5th day of September, 2007

*Alex R. Munson* (signature)

Judge Alex R. Munson

AO 72
(Rev. 8/82)