LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone:   (670) 236-2980
Fax:          (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                     Plaintiff,  )<br>                       )<br>        v.                 )<br>                       )<br>DIANNE MARIE R. SABLAN,  )<br>                       )<br>                  Defendant.  ) | Criminal Case No. 07-00015<br><br>GOVERNMENT'S MOTION FOR<br>SUBSTANTIAL ASSISTANCE<br>DEPARTURE UNDER U.S.S.G. § 5K1.1<br>AND 18 U.S.C. § 3553(e) |

      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Leonardo M. Rapadas, United States Attorney, and Eric S. O'Malley, Assistant United States Attorney, and hereby moves the Court, pursuant to United States Sentencing Guidelines § 5K1.1 and 18 U.S.C. § 3553(e), to depart from the Sentencing Guidelines based on the defendant's substantial assistance to the Government. The Government recommends that the Court depart downward to advisory Guidelines **Level 9**.

      The Government intends to make its specific recommendation at the sentencing hearing.

                                                  LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and the N.M.I.

Date: September 18, 2007            By:    _____
                                                                         ERIC S. O'MALLEY
                                                                         Assistant United States Attorney